IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YIPING SHEN,<br><br>                  Plaintiff,<br><br>    vs.<br><br>LOREN K. MILLER, Director of the Nebraska Service Center, United States Citizen and Immigration Services; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                  Defendants. | 4:24CV3079<br><br>**ORDER** |

1)     The motion to withdraw filed by Katherina Alznauer, as counsel of record for Plaintiff (Filing No. 16), is granted. Alznauer shall no longer receive electronic notice in this case.

2)     On or before February 28, 2025, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)     If Plaintiff intends to litigate this case without the assistance of counsel, he may choose to register for electronic filing and notice with PACER pursuant to NECivR Rule 5.1(b), and NEGenR 1.3(b).

4)     The Clerk shall mail a copy of this order to Plaintiff at the address provided by counsel. (See, Filing No. 16 at p. 3):

        6-402, Banshan Garden, Xuanwu District
        Nanjing, Jinagsu Province
        China

Dated this 27th day of December, 2024.

                                                                                       BY THE COURT:

                                                                                      s/ Ryan C. Carson
                                                                                      United States Magistrate Judge