IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YIPING SHEN,<br><br>            Plaintiff,<br><br>vs.<br><br>LOREN K. MILLER, Director of the Nebraska Service Center, United States Citizen and Immigration Services; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>            Defendants. | 4:24CV3079<br><br>**ORDER OF DISMISSAL** |

      On December 27, 2024, the Court issued an order granting Plaintiff's counsel leave to withdraw from this case. (Filing No. 17.) The order provided that on or before February 28, 2025, Plaintiff was to either (1) have another attorney enter an appearance on his behalf or (2) file a statement notifying the Court of his intent to litigate this case without the assistance of counsel. The order advised Plaintiff that failure to do so could result in dismissal of his claims without further notice. Plaintiff has not complied with this order—an attorney has not entered an appearance on his behalf and Plaintiff has not notified the Court that he intends to proceed *pro se*. Additionally, Defendants filed a Motion to Dismiss this case on March 28, 2025. (Filing No. 18.) Plaintiff has not responded to the motion and has taken no further action in this case.

      Based on Plaintiff's failure to comply with the Court's December 27, 2024 order, the Court finds dismissal of this case is appropriate.

      **IT IS ORDERED** that this case is hereby dismissed without prejudice.

      Dated this 4th day of September 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge